■ In the Matter of the Application of JONATHAN E. COLE, for Reinstatement as an Attorney and Counselor-at-Law, Petitioner.—Application for reinstatement granted and petitioner, Jonathan E. Cole, reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Order entered. Mahoney, P. J., Casey, Yesawich, Jr., Mercure and Crew III, JJ., concur.